AO 240 (Rev 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**RECEIVED NOV 15 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Lourdes P. Llarena
P.O. Box #2546
Washington, D.C. 20013
_____ Plaintiff

1) Laura Bush - The White House Wash., D.C.
2) George Bush - Jr - White House, Washington, D.C. 20008
_____ Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05 - 791

I, Lourdes P. Llarena (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) declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. Plaintiff only source of financial support is $579 monthly Social Security check - Suffering Presently a Bronchitis - Plus - Severe Fatigue by not Having a place to Live since

In support of this application, I answer the following questions under penalty of perjury: Hatch - Bush Lockup

1. Are you currently incarcerated?  ☐ Yes  ☒ No   (If "No" go to Question 2)   Plaintiff Room #3 in Camden New Jersey in Dec - 2004. Seeking Plaintiff death.
   If "YES" state the place of your incarceration was November 28/2001 until February 20/2002 - For the Bush Defaults - To Secure the Owner Jeff Bush - in Florida 2002.
   Inmate Identification Number (Required): For Plaintiff not to Start Plaintiff job at U.S. Attorney - Collect all
   Are you employed at the institution? ____ Do you receive any payment from the institution? ____ General Office of the Honorable John Ashcroft 2001) the
   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' Resources transactions* in

2. Are you currently employed?  ☐ Yes  ☒ No  (See Honorable Jerome Simandle - Camden N.J.) Court Demands
   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a in and give the name and address of your employer. this Court
   b. If the answer is "NO" state the date of your last employment, the amount of your take-home Case salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes  ☒ No
   b. Rent payments, interest or dividends              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes  ☒ No
   d. Disability or workers compensation payments       ☐ Yes  ☒ No
   e. Gifts or inheritances                             ☐ Yes  ☒ No
   f. Any other sources                                 ☐ Yes  ☒ No

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

Only source of money $579 x 12 months = $6,948

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 4/05)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☐ No
   If "Yes" state the total amount $ _____

   *Frued by Defendants Politely, Captuin — Less Than 1 — One dollars Nov. 16/05*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☐ No
   If "Yes" describe the property and state its value.

   *Real Estate that the Defendants Have Tried to Frued from Plaintiff In 2488 N.W & 2498-34 ST Inc Florida Corporation 1997*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   *Protecting Plaintiff only daughter Laura Smith Trying to Kill her self — any No Heritance for Insurance (See Secret Service Office Wilmgt DE. 1991)*

   I declare under penalty of perjury that the above information is true and correct.

   November 16/2005                    *Lourdes P. Llana*
   DATE                                 SIGNATURE OF APPLICANT

   *See Cuad Dallas Tex, without Plaintiff name as the Pedestrian Crossing the Street in Ross Worff am Hit by motorcycle in M. Trumper. Police Accident Report not written true Plaintiff name for the Defents to Frued Insurance and Hide the Cause of Broken Ancle*

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.