(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**RECEIVED**
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Lourdes P. Llarena
P.O. Box #2546
Washington, D.C. 20013
(Name of Plaintiff or Plaintiffs)

v.

CIVIL ACTION NO. 05-791

1) Laura Bush - White House
2) George Bush. Jr - White House
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to Statute 365 Torts - "Personal Injury" & Product Liability. (Federal statute on which action is based) for discrimination related to Political Descrimination - of the Defendants jurisdiction exists by virtue of (In what area did discrimination occur? e.g. race, sex, religion) In this Proper District of Delaware - (Office of Secret Service Witness) Bush Sr. Retalia (Federal statute on which jurisdiction is based) Case of Drugs Relationship
   98CR0022
   Simandle

2. Plaintiff resides at 112   12 Ave -
   (Street Address)
   Belmar          New Jersey -   07719
   (City)   (County)    (State)    (Zip Code)

   _____
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at White House - Washington
   (Street Address)
   Washington   DC.    20035
   (City)   (County)   (State)   (Zip Code)

4. The alleged discriminatory acts occurred on 27 September, 1997 Descrimination
   (Day)  (Month)  (Year)
   The Defendants Laura Bush & George Bush. Jr - Not to have Plaintiff Personal Injury - In Police Accident Report -

5. The alleged discriminatory practice ☒ is ☐ is not continuing.
   See Honorable Judge Sidney Fitzwater - To Fraud Insurance
   See Honorable Claude Hilton - 97cv 1413 Hilton (FBI Suit)
   Descriminating Conduct of Defendant - That Had the Dallas
   Police - In Police Accident Scene - Not writing Plaintiff as Pedestrian

6. Plaintiff(s) filed charges with the 1100 Commerce Street - 14 Floor
   (Agency)
   Dallas - Texas United States District Court for Dallas - Tx.
   (Street Address) (City) (County) (State) (Zip)
   regarding defendant(s) alleged discriminatory conduct on: November - 28/2001 -
   Holding Plaintiff 86 Days - To secure Governor Bush (Date) Election - in 2002 - in Fla.

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above. File Han Fritzwide Dallas Texas USDC

8. Was an appeal taken from the agency's decision? Yes ☐ No ☐ THIS Complaint 98CR0022 Simondle
   If yes, to whom was the appeal taken? Corruption of Defendant To use Chicago U.S.D.C

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if Judge Mier To act in US Senate not to Court
   necessary)

#1) Descriminatory Conduct by the 1988 to 1992 United States Then President George W. Bush - Sr - Are The Facts seen in The 701 Clematis St. West Palm Beach - Florida - Court Room of the Honorable Judge (#1) James V. Payne - Civil Suit # 92 cv 8090 Payne - And the Honorable Judge Kenneth Ryskamp - 92 cv 8090 (Payne) Descriminatory Conduct by USA Defendant 92cv8090 Michael Patrick Sullivan of the Ex 155 South Miami Ave. Miami - USA Office - Offending

10. Defendant's conduct is discriminatory with respect to the following: For no Insurance
    A. ☐ Plaintiff's race Company To Pay Plaintiff
    B. ☐ Plaintiff's color For No Defendant on Plaintiff
    C. ☐ Plaintiff's sex Suit: To Pay Plaintiff
    D. ☐ Plaintiff's religion For using Plaster on Hair
    E. ☐ Plaintiff's national origin of Plaintiff - for Plaintiff Hair not to show as Hided

For the Bush & Reagan - Republican Fraud everywhere

The Integrity The USA Michael Patrick Sullivan in December 1992 Not to Respect The Letter That Michael Patrick Sullivan received from the Honorable Chief Judge of All Judges Honorable Judge William Hoeveler - Asking The USA To Help The Party Plaintiff Lourdes P. Llarena - If He could In 91CR0060

11.    Plaintiff prays for the following relief: (Indicate the exact relief requested)

Plaintiff Prays for the following Relief: See Honorable Jose Gonzalez. Court - 299 South Broward Blvd - Fort Lauderdale U.S.D.C. # 91CR0600King - Roy Gelber File 1992

#1) The Relieve to Have in This Court of District of Delaware This Case - Complaint - Filed - Pauperis In Nov. 15/2005.

#2) The Court "Hearing" will Evidence The Facts - That Laura Bush & George Bush Jr - Descriminated Plaintiff in November - 28/2001 by Hiring Postal Inspector in The Flagler Downtown Post Office To Have Plaintiff arrested by Police Jenkins To use The False Arrest Documentation - Not To Let Plaintiff Start Plaintiff Job in the Honorable John Ascroft U.S. Attorney General Office - 10 St & Constitution Ave. N.W Wash D.C - 2003 - As was The Hon. Eric Bruggink Job Agreement Wash. D.C. Federal Claims Court 17 Madison Pl. NW Washington, D.C 20002

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November - 16/2005

_Lourdes P. Larena_
(Signature of Plaintiff)