OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| Peter T. Dalleo | LOCKBOX 18 |
| --- | --- |
| CLERK OF COURT | 844 KING STREET |
| | U.S. COURTHOUSE |
| | WILMINGTON, DELAWARE 19801 |
| | (302) 573-6170 |

**NOTICE REGARDING PERSONAL INFORMATION**

November 15, 2005

Lourdes P. Llarena, Pro se
P.O. Box 2546
Washington DC 20013

RE: 05cv791 UNA

Llarena v. Laura Bush et al
Date Filed: 11/15/2005

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS Filed by Lourdes Llarena

NOTE:  D.I. #1 Motion for Leave to Proceed in Forma Pauperis contains a Social Security Number.

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet.  The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet.  If you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns.

If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed".  The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

    A copy of our detailed Notice Regarding Personal Information is provided for your reference.

                                          /s/ Dorothy A. Blansfield
                                              Deputy Clerk

Case 1:05-cv-00791-JJF     Document 3     Filed 11/15/2005     Page 2 of 3

## NOTICE REGARDING PERSONAL INFORMATION

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The Court, in its Administrative Procedures Governing Filing and Service by Electronic Means, has recognized that certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; (4) only the last four digits of any financial account should be included; and (5) in criminal cases, only the city and state of a personal address need be given. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

**It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system.** If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Peter T. Dalleo,
Clerk of Court