IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LOURDES P. LLARENA          :
                            :
         Plaintiff,         :
                            :
     v.                     :  Civil Action No. 05-791-JJF
                            :
LAURA BUSH - WHITE HOUSE,   :
GEORGE BUSH, JR. - WHITE    :
HOUSE,                      :
                            :
         Defendants.        :

## MEMORANDUM ORDER

The Plaintiff, Lourdes P. Llarena, a pro se litigant has filed this action against Defendants Laura and George Bush relating to a September 27, 1999 auto accident and the appointment of a Postal Inspector in November 2001, who Plaintiff alleges had her arrested by police officers.

Having granted Plaintiff leave to proceed in forma pauperis, the Court must next screen the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine whether it is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant immune from relief. In conducting this review, the Court must "accept as true the factual allegations in the complaint and all reasonable inferences that can be drawn therefrom." Nami v. Fauver, 82 F.3d 63, 65 (3d Cir. 1996). The term "frivolous" as used in Section 1915, "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." Neitzke v. Williams, 490 U.S. 319, 325 (1989).

The Court has reviewed the allegations of Plaintiff's Complaint and concludes that they are frivolous. Plaintiff has failed to state a claim upon which relief can be granted, her allegations are fanciful and her claim relating to the September 1997 accident is barred by any applicable statute of limitations.

NOW THEREFORE, IT IS HEREBY ORDERED this 2 day of December 2005, that Plaintiff's Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

                                                  UNITED STATES DISTRICT JUDGE