In the United States District Court for the District of Delaware.
844 N. King Street. Lockbox # 18 - Wilmington, Delaware 19801-3570.

Honorable Judge J.J.F.
Civil Suit # 05-791-J.J.F.

Lourdes P. Llarena
P. O. Box #2546
Washington, D.C. 20013
#1) c/o Honorable Judge Jerome Simandle
    U.S. District Court. Camden. N.J.
    - 08101 -
#2) c/o Honorable Judge George Howard. Jr.
    600 West Capital St. 2nd Floor -
    Little Rock Arkansas.
#3) c/o Honorable Judge Royce Lamberth.
    333 Constitution Avenue. N. W.
    Washington, D.C. 20002 -
#4) c/o Honorable Judge Claude Hilton.
    U.S. District Court Eastern District of Virginia
    401 Courthouse Square. Alexandria. Va.
    — 22314-5798 —
        Plaintiffs.

Vs.

Laura Bush.
George Bush. Jr.
        Defendants.

RECEIVED
DEC 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Acknowledgement
on ORDER - of
23rd Day of November
2005.
To Proceed Pauperis.
Civil Action # 05-791-JJF.

EISENHOWER
C14-049-2-000402
03:48PM 01 Dec 05

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314-5798

MAIN TELEPHONE: (703) 299-2100
WEB ADDRESS: www.vaed.uscourts.gov

Plaintiff Pro-Se - In December 2nd, 2005 in The
City. Capital of United States, Washington, D.C.
Acknowledge the Receipt of Court Clerk in Granted
The Application - filed respectfully by Plaintiff #05-CV-791
J.J.F.



Joseph R. J. Clerk Office -
United States Office of the Clerk,
United States District Court for the
District of Delaware.
844 North King Street, Lockbox #18
Wilmington, Delaware 19801-3570

Bankruptcy

